IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:10-CV-199-RLV-DCK

BRENDA KAY SMITH,

    Plaintiff,

v.

WYETH LLC, f/k/a WYETH, INC., and
WYETH PHARMACEUTICALS, INC.,
PFIZER, INC., PHARMACIA & UPJOHN
COMPANY LLC, PHARMACIA
CORPORATION, and NOVARTIS
PHARMACEUTICALS CORPORATION,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) concerning Bryan F. Aylstock, filed February 3, 2011. Mr. Aylstock seeks to appear as counsel *pro hac vice* for Plaintiff Brenda Smith.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Aylstock is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Brenda Smith.

Signed: February 3, 2011

David C. Keesler
United States Magistrate Judge