# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CASE NO.: 5:10-CV-199-RLV-DCK

| | |
|---|---|
| BRENDA KAY SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>WYETH LLC, f/k/a WYETH, INC., and WYETH PHARMACEUTICALS, INC., PFIZER, INC., PHARMACIA & UPJOHN COMPANY LLC, PHARMACIA CORPORATION, and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 12) concerning Debra Renee Sherrer Baggett, filed February 3, 2011. Ms. Baggett seeks to appear as counsel *pro hac vice* for Plaintiff Brenda Smith.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Baggett is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Brenda Smith.

Signed: February 3, 2011

David C. Keesler
United States Magistrate Judge